IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AEGIS ASSET BACKED SECURITIES TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5,** | ) ) ) ) ) ) ) | Case No: 13-cv-2438 <br><br> Judge: John Z. Lee |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | |
| **JOANNA ULLOA; CITY OF NORTHLAKE, AN ILLINOIS MUNICIPAL CORPORATION; JOSE ULLOA,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## MOTION FOR LEAVE FOR SUBSTITUTION OF ATTORNEYS & JUDGMENT NUNC PRO TUNC

NOW COMES, Plaintiff, **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AEGIS ASSET BACKED SECURITIES TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5**, by and through its attorneys, Potestivo & Associates, P.C., and moves for leave for Substitution of Attorneys pursuant to United States District Court – Northern District of Illinois Local Rule 83.17. Additionally, Plaintiff moves for Judgment Nunc Pro Tunc pursuant to the Court's February 20, 2014 ruling.

### I.    Motion to Substitute Attorneys

Plaintiff requests attorney Julia M Bochnowski of Burke, Costanza & Carberry LLP be withdrawn. Further, Plaintiff requests attorney Megan Christine Adams of Potestivo & Associates, P.C. to be substituted in as Plaintiff's Lead Attorney.

## II. Judgment Nunc Pro Tunc

1. On April 20, 2013 Plaintiff filed its Complaint to Foreclose Mortgage.

2. On February 20, 2014 this Court granted Plaintiff's Motion for Summary Judgment.

3. To proceed with the sale of this property, Plaintiff needs a Judgment of Foreclosure as sought in its Complaint.

4. Additionally, on March 21, 2014, Defendant filed for Chapter 7 bankruptcy, also preventing the Plaintiff from moving forward with the sale of the property.

5. On April 8, 2014, United States Bankruptcy Court Judge Timothy Barnes entered an Order granting the Plaintiff relief from the automatic stay which became effective 5/13/2014. (See Order attached as Exhibit A).

WHEREFORE, Plaintiff respectfully requests this Court grant it leave to substitute attorneys pursuant to Local Rule 83.17 and subsequently enter a Judgment of Foreclosure with a nunc pro tunc date of February 20, 2014.

By:____/s/ *Megan Christine Adams*_____

Potestivo & Associates, P.C.
Megan C. Adams (ARDC #6312221)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
Our File No.: C14-96033